FIRST JUDICIAL DISTRICT COURT
COUNTY OF SANTA FE
STATE OF NEW MEXICO

ALVARO ONTIVEROS,
*Individually.*

    Plaintiff,

v.                                                      No.:  D-101-CV-2023-02387

JESSICA ARREOLA D/B/A JA MORARR
TRUCKING, and CHRISTOPHER ANDRADE,

    Defendants.

## NOTICE OF FILING OF NOTICE OF REMOVAL
## BY DEFENDANTS TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO

COME NOW the Defendants, by and through their counsel of record, STIFF, GARCIA & ASSOCIATES, LLC (John S. Stiff, Esq., and Edward F. Snow, Esq.) and hereby gives this Court and all parties of record notice that on November 10, 2023 a Notice of Removal of the above-captioned civil action was filed in the United States District Court for the District of New Mexico. A true and correct copy of the Notice of Removal (exhibits omitted) is attached hereto as **EXHIBIT A**.

                                                 Respectfully submitted,

                                                 STIFF, GARCIA & ASSOCIATES, LLC

                                       By */s/ Edward F. Snow*
                                           John S. Stiff, Esq.
                                           Edward F. Snow, Esq.
                                           500 Marquette Ave. NW, Suite 1400
                                           Albuquerque, New Mexico 87102-3274
                                           Phone:       (505) 243-5755
                                           E-Mail:      jstiff@stifflaw.com
                                                                      esnow@stifflaw.com
                                           *Attorney for Defendants*

{00573401}

   I HEREBY CERTIFY that on the 13th day of November, 2023, the foregoing was electronically filed through the Odyssey File & Serve system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

  Kenny Morris, Esq.
  Glasheen, Valles & Inderman, LLP
  P.O. BOX 1976
  Lubbock, TX 79401
  Phone: (806) 776-1330
  E-Mail: efile.kenny.morris@gvilaw.com
  *Attorney for Plaintiff*

*/s/ Edward F. Snow*
John S. Stiff, Esq.
Edward F. Snow, Esq.

{00573401}