**FIRST JUDICIAL DISTRICT COURT**
**COUNTY OF SANTA FE**
**STATE OF NEW MEXICO**

ALVARO ONTIVEROS,
*Individually.*

       Plaintiff,

v.                              No.:  D-101-CV-2023-02387

JESSICA ARREOLA D/B/A JA MORARR
TRUCKING, and CHRISTOPHER ANDRADE,

       Defendants.

## <u>ENTRY OF APPEARANCE</u>

**COMES NOW** the law firm of STIFF, GARCIA & ASSOCIATES, LLC and hereby enters its appearance for and on behalf of Defendants JESSICA ARREOLA D/B/A JA MORARR TRUCKING, and CHRISTOPHER ANDRADE.

       Respectfully submitted,

       STIFF, GARCIA & ASSOCIATES, LLC

By * /s/ Edward F. Snow     *
    John S. Stiff, Esq.
    Edward F. Snow, Esq.
    500 Marquette Ave. NW, Suite 1400
    Albuquerque, New Mexico 87102-3274
    Phone:     (505) 243-5755
    E-Mail:     jstiff@stifflaw.com
    *Attorney for Defendants*

       I HEREBY CERTIFY that on the 13th day of November, 2023, the foregoing was electronically filed through the Odyssey File & Serve system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

       Kenny Morris, Esq.

Glasheen, Valles & Inderman, LLP
P.O. BOX 1976
Lubbock, TX 79401
Phone:        (806) 776-1330
E-Mail:        efile.kenny.morris@gvilaw.com
*Attorney for Plaintiff*

*/s/ Edward F. Snow*
John S. Stiff, Esq.
Edward F. Snow, Esq.